# Michael Faillace & Associates, P.C.

Employment and Litigation Attorneys

60 East 42nd Street, Suite 4510  
New York, New York 10165

Telephone: (212) 317-1200  
Facsimile: (212) 317-1620

October 15, 2021

USDC SDNY  
DOCUMENT  
ELECTRONICALLY FILED  
DOC #:_____  
DATE FILED: 10/18/2021

BY ECF  
Honorable Alison J. Nathan, U.S.D.J.  
United States District Court for the Southern District of New York  
40 Foley Square  
New York, NY 10007

    Re:    Mateo et al v. DJKM Lane Food Corp et al., 1:21-cv-04518-AJN

Dear Judge Nathan:

    This office represents the Plaintiff in the above referenced matter. I write to respectfully request an adjournment of the initial conference currently scheduled for October 22, 2021 at 3:30 P.M. (ECF Doc. No. 16), and an extension of the deadline to file a status letter and the proposed case management plan by today, October 15, 2021 (ECF Doc. No. 16). This is the Plaintiff's second request for an adjournment and extension.

    The reason for this request is that Defendants ABC Five Wings Inc. and were just served the First Amended Complaint today and have until November 5, 2021 to answer it (ECF Doc. Nos. 23 and 24). We respectfully request the court to adjourn the date to file the status letter and case management plan until at least November 12, 2021. By this date, the Defendants should have filed an answer to the First Amended Complaint and gives us an additional week to confer and file both the joint letter and proposed case management plan.

    We thank the Court for its consideration.

Respectfully submitted,

By: /s/Michael Faillace  
    Michael Faillace, Esq.

The initial pre-trial conference is adjourned to January 21, 2022 at 3:30 PM. The parties are ordered to submit their joint letter and proposed case management plan no later than January 12, 2022.

SO ORDERED. *[signature]*  
10/18/2021

1