UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

JONATHAN MATEO, individually and on behalf of others similarly situated,

                                Plaintiffs,

     -against-

ABC FIVE WINGS INC. (D/B/A FOOD UNIVERSE MARKETPLACE) and ALEX LOPEZ,

                              Defendants.
-----------------------------------------------------------------X

**ORDER**

**21-CV-04518 (AJN) (JW)**

**JENNIFER E. WILLIS, United States Magistrate Judge:**

      This case was referred to Magistrate Judge Willis on March 11, 2022 for General Pretrial. ECF No. 39. The parties are directed to contact Courtroom Deputy Christopher Davis via e-mail at WillisNYSDChambers@nysd.uscourts.gov and provide three mutually agreeable dates for an Initial Case Management Conference by **Friday, February 18, 2022**. Proposed dates should be in the last two weeks of April.

      SO ORDERED.

DATED:    New York, New York
               March 14, 2022

                                                          JENNIFER E. WILLIS
                                                          United States Magistrate Judge