UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

JONATHAN MATEO, individually and on behalf of others similarly situated,

                                       Plaintiffs,

           -against-

ABC FIVE WINGS INC. (D/B/A FOOD UNIVERSE MARKETPLACE) and ALEX LOPEZ,

                                       Defendants.
-----------------------------------------------------------------X

**ORDER**

**21-CV-04518 (KPF) (JW)**

**JENNIFER E. WILLIS, United States Magistrate Judge:**

       Discovery closed on August 22, 2022. Dkt. No. 44. The parties discussed the possibility of settlement during the April 21, 2022 Initial Case Management Conference. As the Court had noted, if the parties are interested in assistance, the parties shall contact Courtroom Deputy Christopher Davis via e-mail at WillisNYSDChambers@nysd.uscourts.gov and provide three mutually agreeable dates for a settlement conference by **September 20, 2022**. The Court is currently available on November 3, 2022, November 21 – 23, 2022, and on and after November 28, 2022.

       SO ORDERED.

DATED:    New York, New York
                September 14, 2022

                                                               _____
                                                               JENNIFER E. WILLIS
                                                               United States Magistrate Judge