UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

| | |
|---|---|
| JONATHAN MATEO, individually and on behalf of others similarly situated,<br><br>                                  Plaintiffs,<br><br>         -against-<br><br>ABC FIVE WINGS INC. (D/B/A FOOD UNIVERSE MARKETPLACE) and ALEX LOPEZ,<br><br>                                  Defendants. | **ORDER**<br><br>**21-CV-04518 (KPF) (JW)** |

-----------------------------------------------------------------X

**JENNIFER E. WILLIS, United States Magistrate Judge:**

A settlement conference in this matter is scheduled for **November 30, 2022 at 10:30 a.m.** in Courtroom 228, United States Courthouse, 40 Foley Square, New York, New York. The parties must review Judge Willis's Standing Order for All Cases Referred for Settlement and prepare pre-conference submissions accordingly. Pre-conference submissions must be received by the Court no later than **November 23, 2022**.

SO ORDERED.

DATED:    New York, New York
              September 29, 2022

_____
JENNIFER E. WILLIS
United States Magistrate Judge